# Exhibit A

On Wednesday, May 28, 2025, 10:44 AM, Rodriguez, Ashley <ashley.rodriguez@dynafire.com> wrote:

Hi Daniel,

Thank you for your continued interest in Dynafire and for reaching out.

At this time, the CFO has decided not to move forward with your application. While we appreciate the experience and background you bring, we are currently looking for someone who is earlier in their career and can be more easily molded into the role and our internal processes.

We truly appreciate the time you invested and your enthusiasm for the opportunity. We wish you all the best in your continued job search and professional journey.

*Thank you,*

## Ashley Rodriguez
Senior Recruiter
Human Resources Dept.
DynaFire
109 Concord Drive, Suite B
Casselberry, FL 32707
Main Office: 407-830-6500
Ext: 8201
Fax: 407-831-1347
Office Hours: M-F 8:30am-5:00pm
ashley.rodriguez@dynafire.com
www.dynafire.com

**CONFIDENTIALITY NOTICE**: This message is considered confidential. It is intended only for the named recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you received this message and are not the intended recipient, please delete it from your computer system without copying or forwarding it and notify the sender by either sending a return email or calling the number above.



1 of 2

"Protecting lives and property through leading technologies and quality service while creating valuable relationships."

On Tue, May 27, 2025 at 7:02 PM Daniel Heinis <heinis.daniel@yahoo.com> wrote:

> Good evening Ashley,
>
> I noticed that the Accounts Receivable Collections Specialist position has been reposted. I tried to apply for the position but was stopped because I had applied for the position in June 2024.
>
> Is there any way to re-apply for consideration for the position?
>
> I still have a strong interest in a position with Dynafire and still believe that I would be a great fit for your needs.
>
> If you have any questions or would like to discuss further, please do not hesitate to call or email me.
>
> Thank you!
>
> Dan Heinis
> 407-719-3808
>
> P.S. I have attached a copy of my resume and cover letter for review/reference