AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Daniel Heinis | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:26-cv-00223 |
| Dynafire, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Heinis, Plainitff                                                                                                     .

Date:  02/11/2026

/s/ Gary Martoccio
*Attorney's signature*

Gary Martoccio 99040
*Printed name and bar number*
2101 W. Platt St. Suite 200, Tampa, FL 33606

*Address*

gary@martocciofirm.com
*E-mail address*

(813) 725-3279
*Telephone number*

*FAX number*