Revised 01/26

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DANIEL HEINIS,
on behalf of himself and all
others similarly situated,

    Plaintiff,

vs.                                  Case No.: 6:26-cv-00223

DYNAFIRE, LLC

    Defendant.
_____

## PLAINTIFF'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

### Recusal Information

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

   N/A. Plaintiff is an individual natural person and therefore has no parent corporation and no publicly held corporation owning 10% or more of stock.

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

   None known. The Complaint does not allege third-party funders, indemnitors, or non-party entities whose interests would be affected.

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

   Plaintiff is unaware of any lawyer who serves or has served in the action as a lawyer for any party, who is financially interested in the action, or who might appear as a material witness in the action.

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

   N/A.

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

   Putative ADEA collective members and putative Rule 23 class members.

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

   None.

## Citizenship Information

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

   N/A.

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

   N/A.

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Signed:
*/s/ Jeffrey Del Rio*
**JEFFREY DEL RIO, ESQ.**
Fla. Bar No. 105849
Marc R. Edelman, Esq.
Fla. Bar No. 0096342

**MORGAN & MORGAN, P.A.**
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: (813) 983-2959
Fax: (813) 229-4059